**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NORTH COVENTRY TOWNSHIP, | : | No. 435 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JOSEPHINE TRIPODI AND GERI CARR, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.